IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**KIMBERLY LOUGHRIDGE**  PLAINTIFF

v.  CASE NO.: 2:24-cv-02078-PKH

ALMA SCHOOL DISTRICT NO. 30 ;
CARRIE JERNIGAN Individually and
in her capacity as Board Member of the
Alma School District; and MARK
CHAPEN RUCKER Individually and
in his capacity as Board Member of the
Alma School District  DEFENDANTS

## VERIFICATION OF THE COMPLAINT

COMES NOW Plaintiff, Kimberly Loughridge, and her attorney, Suzanne G. Clark of Clark Law Firm, PLLC, and for their Verification of the Complaint pursuant to Arkansas Code Annotated § 16-63-505, do each hereby state that the matters set forth herein are true and correct to the best of my knowledge, information, and belief:

1. Kimberly Loughridge and her attorney of record, Suzanne G. Clark, have read the claims in the Complaint against the Defendants, Alma School District No. 30; Carrie Jernigan, individually and in her capacity as Board Member of the Alma School District; and Mark Chapen Rucker, individually and in his capacity as Board Member of the Alma School District.

2. To the best of the knowledge, information, and belief formed after reasonable inquiry of Kimberly Loughridge and her attorney, Suzanne G. Clark, the claims in the Complaint against the Defendants are well grounded in fact and are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law.

3. The acts forming the basis for the claims as set forth in the Complaint against the Defendants, Alma School District No. 30; Carrie Jernigan, individually and in her capacity as Board Member of the Alma School District; and Mark Chapen Rucker, individually and in his capacity as Board Member of the Alma School District, are not privileged communications.

4. The claims in the Complaint against Defendants are not asserted for any improper purpose such as to suppress the right of free speech or right to petition government of a person or entity, to harass, or to cause unnecessary delay or needless increase in the cost of litigation.

Respectfully Submitted,

Suzanne G. Clark, ABA #2008126
CLARK LAW FIRM, PLLC
121 West South Street
P.O. Box 4248
Fayetteville, Arkansas 72702-4248
Tel: 479-856-6380
Fax: 479-856-6381
Email: *sclark@clark-firm.com*
**Attorney for Plaintiff**

## VERIFICATION

STATE OF ARKANSAS        }
                         } §§
COUNTY OF WASHINGTON     }

I, Suzanne G. Clark, upon my oath, do state and affirm that I have read the above and foregoing pleading, and that the facts and statements stated therein are true and correct to the best of my knowledge and belief.

*Suzanne G. Clark*

Subscribed and sworn to before me this 29th day of August, 2024.

*Notary Public*

My Commission Expires:

June 29th, 2033

ANNA LUISE LANGNER
Notary Public - Arkansas
Washington County
Commission # 12724106
My Commission Expires Jun 29, 2033

## VERIFICATION

STATE OF ARKANSAS } 
                                              } §§
COUNTY OF WASHINGTON }

    I, Kimberly Loughridge, upon my oath, do state and affirm that I have read the above and foregoing pleading, and that the facts and statements stated therein are true and correct to the best of my knowledge and belief.

_Kimberly Loughridge_
Kimberly Loughridge

Subscribed and sworn to before me this 29 day of August, 2024.

_Veronica Chavez_
Notary Public

My Commission Expires:

7/26/28

OFFICIAL SEAL - #12346284
**VERONICA CHAVEZ**
NOTARY PUBLIC-ARKANSAS
WASHINGTON COUNTY
MY COMMISSION EXPIRES: 07-26-28

Page 3 of 2