IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**KIMBERLY LOUGHRIDGE**                                        **PLAINTIFF**

v.                      NO. 2:24-cv-02078-PKH

**ALMA SCHOOL DISTRICT NO. 30;**
**CARRIE JERNIGAN, Individually and**
**in her capacity as Board Member of the**
**Alma School District; and**
**MARK CHAPEN RUCKER, Individually**
**and in his capacity as Board Member of the**
**Alma School District**                                        **DEFENDANTS**

## STIPULATION OF DISMISSAL

Comes Plaintiff, Kimberly Loughridge, and for her stipulation of dismissal with prejudice, states:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff stipulates to dismissal of the claims against Carrie Jernigan with prejudice.

                                       Respectfully submitted,

                                       Suzanne G. Clark, AR Bar No. 2008126
                                       *Attorney for Plaintiff*
                                       **CLARK LAW FIRM, PLLC**
                                       P.O. Box 4248
                                       Fayetteville, AR 72702
                                       479-856-6380 (phone) / 479-856-6381 (fax)
                                       sclark@clark-firm.com

                                       AND

                                       Zachary R. Hill, AR Bar No. 2019132
                                       *Attorney for Defendant Carrie Jernigan*
                                       **MUNSON, ROWLETT, MOORE & BOONE, P.A**
                                       One Allied Drive, Suite 1600
                                       Little Rock, Arkansas 72202
                                       501-374-6535 (phone) / 501-374-5906 (fax)
                                       zachary.hill@mrmblaw.com